# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM M. TURNER, III, Individually and on behalf of all others similarly situated, <br><br>Plaintiff, <br><br>VERSUS <br><br>NINE ENERGY SERVICE, LLC <br><br>Defendant. | CIVIL ACTION NO. 4:15-CV-03670 |

## DECLARATION OF LOREN MCNEELY

I, Loren McNeely, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct based on my personal knowledge of the facts and records referenced herein:

1. I am a person of sound mind who is more than 18 years of age and capable of making this Declaration.

2. I am a founder of Tripoint, LLC ("Tripoint"), which began operations in early 2010 as a specialty service company providing downhole tubing-conveyed perforating ("TCP") services, among other services, in the oil and gas industry.

3. Tripoint began its operations in Lafayette, Louisiana, which later expanded into Oklahoma, West Virginia, Texas, Alaska, and other states.

4. In early 2013, Tripoint became a subsidiary of Nine Energy Service, Inc. ("Nine").

{B1096658.2}

1

5. In October of 2014, Nine ceased Tripoint's operations and the entity was subsequently dissolved.

6. During its operation as Tripoint and as a subsidiary of Nine, Tripoint offered TCP services throughout the United States through Field Service Specialists, who were required or reasonably expected to travel across state lines in company-assigned vehicles to provide these services.

7. Field Service Specialists typically earned in excess of $100,000 annually through a combination of salary and job bonuses.

8. William Turner, David Bauerle, William Bulliard, Richard Guidry, and Clifton Patrick McDonald all worked as Field Service Specialists in Tripoint's business operations.

9. None of the above employees were employed by any other subsidiary of Nine and none worked for Nine or Tripoint beyond October of 2014.

Dated: April 18, 2016

_____
Loren McNeely