UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WILLIAM M. TURNER, III**, on behalf of himself and all others similarly situated, <br><br>    Plaintiff, <br><br> **VERSUS** <br><br><br> **NINE ENERGY SERVICE, INC., et al.** <br><br>    Defendants. | **CIVIL ACTION NO. 4:15-CV-03670** |

## UNOPPOSED MOTION TO WITHDRAW
## AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Nine Energy Service, LLC ("Defendant") who respectfully moves this court for an order allowing the withdrawal of L. Ashley Bynum, formerly of the firm of Jones Walker LLP, as counsel of record in the above-captioned matter. In support of this motion, Defendant submits that Ms. Bynum is no longer a member of Jones Walker LLP, effective April 8, 2016, and this motion is being filed with her consent. Jennifer L. Anderson of Jones Walker LLP will remain lead counsel of record in this matter.

Defendant further requests that Jason A. Culotta and Stephanie M. Gilliam, of the firm of Jones Walker, LLP, be substituted as counsel of record. Movant certifies that Mr. Culotta and Ms. Gilliam are admitted to practice law before this Honorable Court and in good standing. Their respective contact information is reflected in the signature blocks below.

Movant further certifies that this substitution of counsel of record will not delay the progress of this litigation.

Finally, in accordance with Local Rule 7 and Section 5 of this Court's Procedures, counsel have conferred in good faith regarding this motion to withdraw and substitute counsel, and Plaintiffs do not oppose this motion.

**WHEREFORE,** Nine Energy Service, LLC respectfully requests that this motion be granted, that L. Ashley Bynum be permitted to withdraw as counsel of record for Nine Energy Service, LLC, and that Jason A. Culotta and Stephanie M. Gilliam be substituted as counsel of record for Defendant Nine Energy Service, LLC in this matter.

Respectfully submitted,

*s/ Jennifer L. Anderson*
Jennifer L. Anderson
Attorney-In-Charge
(TX Bar No. 24047796; Federal ID 34754)
Jones Walker LLP
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 248-2040
Facsimile: (225) 248-3040
E-mail: janderson@joneswalker.com

and

Christopher S. Mann
(TX Bar No. 24061563; Federal ID 605320)
Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8332
Facsimile: (504) 589-8332
E-mail: cmann@joneswalker.com

{B1098922.1}

and

*s/ L. Ashley Bynum* (with permission)

L. Ashley Bynum
(Federal ID No. 2191251)
9944 Oliphant Road
Baton Rouge, LA 70809

and

*s/ Jason A. Culotta*

Jason A. Culotta
(Federal ID No. 2859054)
Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8177
Facsimile: (504) 589-8177
E-mail: jculotta@joneswalker.com

and

*s/ Stephanie M. Gilliam*

Stephanie M. Gilliam
(TX Bar No. 24083071; Federal ID 1829598)
Jones Walker LLP
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809
Telephone: (225) 248-2082
Facsimile: (225) 248-3082
E-mail: sgilliam@joneswalker.com

***Attorneys for Defendants, Nine Energy Service, Inc. and CDK Perforating, LLC***

### CERTIFICATE OF SERVICE

I hereby certify that on _____, a copy of the foregoing was filed electronically using the Court's CM/ECF system and served in accordance with the Federal Rules of Civil Procedure. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

*s/ Jennifer L. Anderson*
Jennifer L. Anderson

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7 and Section 5 of this Court's Procedures, Defendants certify that they conferred with counsel for Plaintiff concerning this motion in advance of bringing this issue before the Court.

*s/ Jennifer L. Anderson*
Jennifer L. Anderson

{B1098922.1}