United States District Court
Southern District of Texas
**ENTERED**
November 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM B. TURNER III,<br>Individually and on Behalf of<br>All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NINE ENERGY SERVICE, LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. H-15-3670<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION AND GRANTING CONDITIONAL CERTIFICATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 29), Defendant's Objections (Docket Entry No. 30), and Turner's Response to Nine's Objections (Docket Entry No. 31), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

Defendant is **ORDERED** to provide Plaintiff's counsel, in usable electronic format, all names, addresses, phone numbers, email addresses, and dates of employment for the putative class members. Additionally, the court **ORDERS** a sixty-day notice period to allow putative class members to join the case. The court approves Plaintiff's notice attached as Exhibits 5, 6, and 7 to Plaintiff's

Opposed Motion for Conditional Certification (Docket Entry No. 11) with the changes stated in the Memorandum and Recommendation, and **ORDERS** that this notice be sent to putative class members through mail and email, and that it be posted at Defendant's job sites.

The Clerk shall send copies of this Order Adopting Magistrate Judge's Memorandum and Recommendation and Granting Conditional Certification to the respective parties.

**SIGNED** at Houston, Texas, on this 9th day of November, 2016.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SIM LAKE
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE