UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM M. TURNER, III, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> VERSUS <br><br> NINE ENERGY SERVICE, LLC <br><br> Defendant. | CIVIL ACTION NO. 4:15-CV-03670 <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## ORDER

CONSIDERING THE PARTIES' JOINT MOTION TO APPROVE SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE, and after evaluating the Confidential Settlement Agreement between the parties and the attachments thereto, the Court finds the settlement to be a fair and reasonable compromise of a *bona fide* dispute about alleged unpaid overtime under the Fair Labor Standards Act. Accordingly,

**IT IS ORDERED** that the Joint Motion to Approve Settlement and for Dismissal with Prejudice is **GRANTED**. Accordingly, this action is hereby dismissed with prejudice, each party to bear its own fees and costs except as provided in the Confidential Settlement Agreement. It is further ordered that the Court retains jurisdiction for the purposes of effectuating the settlement. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Houston, Texas, this 15 day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

{B1151008.1}